UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROSE MARIE JOHNSON,

        Plaintiff,

v.                                      Case Number 11-cv-14644
                                      Honorable Thomas L. Ludington

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING PLAINTIFF'S COMPLAINT**

This matter is before the Court on the report (ECF No. 11) issued by Magistrate Judge Laurie J. Michelson on February 12, 2013. Judge Michelson recommends that the Court deny Plaintiff Rose Marie Johnson's motion for summary judgment (ECF No. 9), grant Defendant Commissioner of Social Security's motion for summary judgment (ECF No. 10), and affirm the judgment of the Commissioner of Social Security.

Any party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* The Court is not obligated to review the portions of the report to which no objection was made. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). As of today's date, no party has filed any objections to Judge Michelson's report and recommendation.

Accordingly, it is **ORDERED** that Judge Michelson's report and recommendation (ECF No. 11) is **ADOPTED**.

It is further **ORDERED** that Plaintiff's motion for summary judgment (ECF No. 9) is **DENIED**.

It is further **ORDERED** that Defendant's motion for summary judgment (ECF No. 10) is **GRANTED**.

It is further **ORDERED** that the judgment of the Commissioner of Social Security is **AFFIRMED** and that the complaint is **DISMISSED** with prejudice.

                                        s/Thomas L. Ludington
                                        THOMAS L. LUDINGTON
                                        United States District Judge

Dated: March 5, 2013

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 5, 2013.

                                      s/Tracy A. Jacobs
                                      TRACY A. JACOBS